NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

X.J., a minor, by and through his )
natural parents, ROSS JOHNSON )
and LISA JOHNSON; ROSS )
JOHNSON, individually; and LISA )
JOHNSON, individually, )
                       )
        Appellants, )
                       )
v.                      )       Case No. 2D18-4209
                       )
SABLE RIDGE HOMEOWNERS' )
ASSOCIATION, INC., and )
SCANNAVINO, INC., d/b/a )
MANAGEMENT AND ASSOCIATES, )
                       )
        Appellees. )
_____ )

Opinion filed October 30, 2019.

Appeal from the Circuit Court for
Pasco County; Gregory G. Groger,
Judge.

Amy S. Farrior and Raymond T.
Elligett, Jr., of Buell & Elligett, P.A.,
Tampa; Thomas S. Harmon and Steve
D. Parker of Harmon Parker, P.A.,
Tampa, for Appellants.

Matthew T. Nelson of Warner
Norcross + Judd LLP, Grand Rapids,
Michigan; Frank A. Miller, Jeffrey A.
Caglianone, and Jonathan N. Zaifert,
of Caglianone & Miller, P.A.,
Brooksville, for Appellee Sable Ridge
Homeowners' Association, Inc.

Carri S. Leininger of Williams,
Leininger & Cosby, P.A.; for Appellee
Scannavino, Inc. d/b/a Management
and Associates.


PER CURIAM.

      Affirmed.


KHOUZAM, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.